FILED

MAY 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MARICOPA COUNTY, <br><br> Defendant - Appellant, <br><br> and <br><br> JOSEPH M. ARPAIO, <br><br> Defendant. | No. 15-15996 <br><br> D.C. No. 2:07-cv-02513-GMS <br> District of Arizona, <br> Phoenix <br><br><br> ORDER |

Briefing is suspended pending resolution of the petitions for rehearing and rehearing en banc filed by appellant Maricopa County in *Melendres. v. Arpaio*, appeal Nos. 13-16285 and 13-17238.

Within 7 days after resolution of the petitions for rehearing and rehearing en banc, appellant shall file a notice with the court and may file a motion for appropriate relief. Appellant shall file a status report regarding the petitions for rehearing and rehearing en banc no later than July 31, 2015, if the petitions remain

LSC/MOATT

pending. The failure to file a timely status report may terminate the stay of proceedings in this matter.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lisa S. Chen
Deputy Clerk
