Richard K. Walker, SBN 004159
**WALKER & PESKIND, PLLC**
16100 N. 71st Street, Suite 140
Scottsdale, Arizona 85254-2236
rkw@azlawpartner.com
Phone: (480) 483-6336
Facsimile: (480) 483-6337
*Counsel for Defendant/Appellant Maricopa County, Arizona*

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al.,<br><br>Plaintiffs/Appellees,<br><br>v.<br><br>JOSEPH M. ARPAIO and MARICOPA COUNTY SHERIFF'S OFFICE,<br><br>Defendants/Appellants. | No. 15-15996<br>No. 13-16285<br>No. 13-17238<br><br>Arizona District Court<br>No.: 2:07-CV-02513-GMS<br><br>**NOTICE RE STATUS OF MATTER AFTER THE COURT'S DECISION ON PETITION FOR PANEL REHEARING AND EN BANC DETERMINATION AND MOTION FOR REVISED TIME SCHEDULE ORDER** |

Pursuant to the Court's Order of May 21, 2015 (Dkt. Entry 2), appellant Maricopa County hereby gives notice that its petitions for panel rehearing and en banc consideration in *Melendres v. Arpaio*, Appeal Nos. 13-16285 and 13-17238, have been

1

denied. The Court in that case entered its Mandate on July 8, 2015. Appellant Maricopa County further advises the Court that its counsel is committed to a trial in a related matter pending in the United States District Court for the District of Arizona that is scheduled to commence on August 10, 2015, and continue for the rest of the month of August. Accordingly, Maricopa County hereby respectfully moves the Court to vacate the currently operative Time Schedule Order (Dkt. Entry 1-4), and issue a new Time Schedule Order setting the due date for serving and filing Appellant Maricopa County's opening brief and excerpts of record (currently set for August 24, 2015) for a date on or after September 30, 2015.

RESPECTFULLY SUBMITTED this 9th day of July, 2015.

**WALKER & PESKIND, PLLC**

By: /s/ Richard K. Walker, #004159
Richard K. Walker, Esquire
16100 N. 71st Street, Suite 140
Scottsdale, AZ 85254
*Counsel for Defendant/Appellant Maricopa County, Arizona*

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on July 9, 2015, I electronically filed the Notice Re Status of Matter After the Court's Decision on Petition for Panel Rehearing and En Banc Determination and Motion for Revised Time Schedule Order, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.
I certify that all participants in the case are registered CM/ECF users and that services will be accomplished by the appellate CM/ECF system.

/s/ Michelle Giordano