UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES, et al., <br><br>   *Plaintiffs-Appellees*, <br><br>vs. <br><br>JOSEPH M. ARPAIO, et al., <br><br>   *Defendants-Appellants*. | No. 15-15996 <br><br> D.C. No. PHX-CV-07-02513-GMS <br> District of Arizona, <br> Phoenix |

## APPLICATION TO WITHDRAW AS CO-COUNSEL OF RECORD FOR RESPONDENT JOSEPH M. ARPAIO

The law firm of SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C. and attorneys TIMOTHY J. CASEY and JAMES L. WILLIAMS (collectively referred to hereinafter as "SSSCE"), co-counsel for Defendant-Appellant Joseph M. Arpaio apply to the Court for its Order allowing them to withdraw as co-counsel of record for Defendant-Appellant Joseph M. Arpaio.

On October 31, 2014, SSSCE submitted its Application to Withdraw as Counsel of Record for Defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office (Dkt#773) in U.S. District Court Case No. CV 07-02513-PHX-GMS. On November 20, 2014, the Court issued its Order (Dkt#795) granting SSSCE withdrawal as counsel for defendants Joseph M. Arpaio and the Maricopa County Sheriff's Office. On November 21, 2014, Michelle Iafrate of Iafrate & Associates filed a Notice of Appearance (Dkt#796) and currently serves as Lead Counsel for Defendant Joseph M.

Arpaio in this matter.

SSSCE was inadvertently remiss in notifying this Court regarding its withdrawal.

WHEREFORE, the law firm of SSSCE and its attorneys respectfully request that the Court grant this Application to Withdraw as co-counsel for Defendant-Appellant Joseph M. Arpaio.

Dated: October 29, 2015

/s/Timothy J. Casey
TIMOTHY J. CASEY
JAMES L. WILLIAMS
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
1221 E. Osborn Road, Suite 105
Phoenix, Arizona 85014
Telephone: (602) 277-7000
*Co-Counsel for Defendants-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on October 29, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECT system.

I declare under penalty of perjury that the above is true and correct.

Dated: October 29, 2015
Phoenix, Arizona

/s/Timothy J. Casey
TIMOTHY J. CASEY

SCHMITT SCHNECK SMYTH
CASEY & EVEN, P.C.
Professional
Corporation

2