FILED

JUN 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MARICOPA COUNTY, <br><br> Defendant - Appellant, <br><br> And <br><br> JOSEPH M. ARPAIO, <br><br> Defendant. | No. 15-15996 <br><br> D.C. No. 2:07-cv-02513-GMS <br> District of Arizona, <br> Phoenix <br><br><br> ORDER |

Before: WALLACE, GRABER, and BERZON, Circuit Judges.

Plaintiffs-Appellees' unopposed motion to withdraw their application for attorneys' fees and non-taxable expenses incurred for this appeal is **GRANTED**.